UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION : | Master File No. 08 Civ. 11117(TPG) |
| _____ : | |
| This Document Relates to: : | |
| ELENDOW FUND, LLC : | 10 Civ. 9061 (TPG) |
| Plaintiff, : | ECF Case |
| : | Electronically Filed |
| - against - : | |
| RYE SELECT BROAD MARKET XL FUND, L.P., et al. : | **DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Rye Investment Management, Tremont Capital Management, Inc., Tremont Group Holdings, Inc. and Tremont Partners, Inc., by and through their undersigned counsel, hereby state as follows:

   1. Tremont Partners, Inc. is a subsidiary of Tremont Group Holdings, Inc.

   2. Tremont Group Holdings, Inc. is a subsidiary of Oppenheimer Acquisition Corp.

   3. Tremont Capital Management, Inc. is a former name of Tremont Group Holdings, Inc. and is not an independent legal entity.

   4. Rye Investment Management is an unincorporated division of Tremont Group Holdings, Inc and is not an independent legal entity.

5. Oppenheimer Acquisition Corp. is a subsidiary of MassMutual Holding LLC. No publicly held corporation owns 10 percent or more of the stock of Oppenheimer Acquisition Corp.

6. MassMutual Holding LLC is a subsidiary of Massachusetts Mutual Life Insurance Company.

7. Massachusetts Mutual Life Insurance Company has no parent corporation, and no publicly held corporation owns 10 percent or more of the stock of Massachusetts Mutual Life Insurance Company.

DATED: October 24, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

/s/ Seth M. Schwartz_____
Seth M. Schwartz
(Seth.Schwartz@Skadden.com)
Jason C. Vigna
(Jason.Vigna@Skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants
Rye Investment Management,
Tremont Capital Management, Inc.
Tremont Group Holdings, Inc.,
Tremont Partners, Inc., Rupert Allan
Jim Mitchell and Robert Schulman