UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : | Master File No. 08 Civ. 11117(TPG) |
| _____ | : | |
| This Document Relates to: | : | 10 Civ. 9061 (TPG) |
| ELENDOW FUND, LLC | : | ECF Case |
| Plaintiff, | | Electronically Filed |
| | : | |
| - against - | | **NOTICE OF APPEARANCE** |
| | : | |
| RYE SELECT BROAD MARKET XL FUND, L.P., et al. | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that David A. Kotler of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Oppenheimer Acquisition Corp., defendant in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: Princeton, New Jersey
       October 25, 2011

                                        DECHERT LLP

                                        By:  /s/ David A. Kotler
                                        David A. Kotler
                                        david.kotler@dechert.com
                                        902 Carnegie Center, Suite 500
                                        Princeton, New Jersey  08540
                                        Tel.: (609) 955-3200
                                        Fax: (609) 955-3259

                                        *Attorneys for Defendant*
                                        *Oppenheimer Acquisition Corp.*

14250966