UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION : | Master File No. 08 Civ. 11117(TPG) |
| _____ : | |
| This Document Relates to: : | 10 Civ. 9061 (TPG) |
| ELENDOW FUND, LLC : | ECF Case |
| Plaintiff, : | Electronically Filed |
| - against - : | **NOTICE OF APPEARANCE** |
| RYE SELECT BROAD MARKET XL FUND, L.P., et al. : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that William K. Dodds of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Oppenheimer Acquisition Corp., defendant in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: New York, New York
October 25, 2011

                                                DECHERT LLP

                                                By:  /s/ William K. Dodds
                                                William K. Dodds
                                                william.dodds@dechert.com
                                                1095 Avenue of the Americas
                                                New York, New York  10036
                                                Tel.: (212) 698-3500
                                                Fax: (212) 698-3599

                                                *Attorneys for Defendant*
                                                *Oppenheimer Acquisition Corp.*

14250965