UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : | Master File No. 08 Civ. 11117(TPG) |
| | : | |
| This Document Relates to: | | |
| | : | 10 Civ. 9061 (TPG) |
| ELENDOW FUND, LLC | | |
| | : | |
| Plaintiff, | | |
| | : | **CORPORATE** |
| - against - | | **DISCLOSURE STATEMENT** |
| | : | |
| RYE SELECT BROAD MARKET XL FUND, L.P., et al. | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Fed. R. Civ. P. 7.1, defendant Oppenheimer Acquisition Corp. ("OAC")

states that MassMutual Holding LLC is the parent company of OAC and owns approximately 98

percent of the outstanding shares of OAC common stock.  No publicly held corporation owns

10% or more of OAC's stock.

Dated: New York, New York
October 25, 2011

DECHERT LLP

By: _/s/ William K. Dodds_____
William K. Dodds
william.dodds@dechert.com
David A. Kotler
david.kotler@dechert.com
1095 Avenue of the Americas
New York, New York  10036
Tel.: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*

14250965