UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE TREMONT SECURITIES LAW,
STATE LAW AND INSURANCE
LITIGATION

: Master File No. 08 Civ.
  11117(TPG)

:

---

This Document Relates to:

:

ELENDOW FUND, LLC

: 10 Civ. 9061 (TPG)

Plaintiff,

:

- against -

: **CORPORATE DISCLOSURE STATEMENT**

RYE SELECT BROAD MARKET XL FUND,
L.P., et al.

:

Defendants.

:

------------------------------------x

Pursuant to Fed. R. Civ. P. 7.1, Massachusetts Mutual Life Insurance Company ("MassMutual") states that it has no parent corporation. Since MassMutual is a mutual insurance company, there is no MassMutual stock and therefore no publicly held corporation owns MassMutual stock. MassMutual Holding LLC is a wholly owned subsidiary of MassMutual.

DATED: October 25, 2011

BINGHAM McCUTCHEN LLP

/s/ Timothy J. Stephens
Kenneth I. Schacter
kenneth.schacter@bingham.com
Timothy J. Stephens
timothy.stephens@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

A/74567512.1

Joseph L. Kociubes*
joseph.kociubes@bingham.com
Carol E. Head*
carol.head@bingham.com
One Federal Street
Boston, MA 02110
(617) 951-8000
*admitted pro hac vice in
No. 08 Civ. 11117(TPG)

*Attorneys for Defendants*
*Massachusetts Mutual Life Insurance*
*Company and MassMutual Holding*
*LLC*