UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ELENDOW FUND, LLC,

      Plaintiff,

v.

RYE SELCT BROAD MARKET XL FUND, L.P.,
RYE INVESTMENT MANAGEMENT,
TREMONT CAPITAL MANAGEMENT INC.,
TREMONT GROUP HOLDINGS, INC, TREMONT
PARTNERS, INC., MASSACHUSETTS MUTUAL
LIFE INSURANCE CO., MASSMUTUAL HOLDINGS
LLC, OPPENHEIMER ACQUISITION CORPORATION,
KPMG LLP, RUPERT ALLAN, JIM MITCHELL
and ROBERT SCHULMAN,

      Defendants

------------------------------------------------------------x

10 Civ. 9061 (TPG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/11

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel, as follows:

1. The time for Plaintiff, Elendow Fund, LLC ("Elendow") to file its First Amended Complaint in this action is extended from December 19, 2011, to and including December 23, 2011.

2. The time for Defendants to move, answer or otherwise respond to Elendow's First Amended Complaint is extended from January 31, 2012, to and including February 6, 2012.

3. All other dates reflected in this Court's Order dated November 14, 2011, regarding Elendow are not affected by this Stipulation.

Dated: New York, New York
      December 15, 2011

1

_____
Lee S. Shalov, Esq. (LS-7118)
lshalov@mclaughlinstern.com
McLaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016
(212) 448-1100

*Attorneys for Plaintiff*
*Elendow Fund, LLC*

_____
Seth M. Schwartz
Seth.Schwartz@Skadden.com
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants*
*Rye Investment Management,*
*Tremont Capital Management, Inc.,*
*Tremont Group Holdings, Inc.,*
*Tremont Partners, Inc., Rupert Allan,*
*Jim Mitchell, and Robert Schulman*

_____
Jamie B.W. Stecher
stecher@thsh.com
Tannenbaum Helpern Syracuse
& Hirschtritt LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Defendant*
*Rye Select Broad Market XL Fund, L.P.*

_____
Williams K. Dodds
william.dodds@dechert.com
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500

*Attorneys for Defendant*

2

Lee S. Shalov, Esq. (LS-7118)
lshalov@mclaughlinstern.com
McLaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016
(212) 448-1100

*Attorneys for Plaintiff*
*Elendow Fund, LLC*

Seth M. Schwartz
Seth.Schwartz@Skadden.com
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendants*
*Rye Investment Management,*
*Tremont Capital Management, Inc.,*
*Tremont Group Holdings, Inc.,*
*Tremont Partners, Inc., Rupert Allan,*
*Jim Mitchell, and Robert Schulman*

Jamie B.W. Stecher
stecher@thsh.com
Tannenbaum Helpern Syracuse
& Hirschtritt LLP
900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Defendant*
*Rye Select Broad Market XL Fund, L.P.*

Williams K. Dodds
william.dodds@dechert.com
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500

*Attorneys for Defendant*

2

*Oppenheimer Acquisition Corp.*

_____
Kenneth I. Schacter
kenneth.schacter@bingham.com
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022

*Attorneys for Defendants*
*Massachusetts Mutual Life Insurance*
*Company and MassMutual Holding LLC*

**SO ORDERED**

_____   12/16/11
Hon. Thomas P. Griesa
United States District Court Judge

3