UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Tremont Securities Law, State Law, and Insurance Litigation

Elendow Funds, LLC

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

10   Civ. 9061   (TPG) (___)

- against -

Rye Select Broad Market XL Fund, L.P., Rye Investment Management,

Tremont Capital Management, Inc., Tremont Group Holdings, Inc.,

Tremont Partners, Inc., Massachusetts Mutual Life Insurance Co.,

MassMutual Holdings, LLC, et al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**NOTICE OF APPEAL
IN A CIVIL CASE**

Notice is hereby given that Plaintiff, Elendow Funds, LLC,

*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

of Hon. Thomas P. Griesa, United States District Judge, granting Defendants' motion dismissing the complaint

*(describe the judgment)*

in its entirety pursuant to the Opinion of the Court dated September 16, 2013. Plaintiff appeals all of the

Opinion and Judgment

entered in this action on the 17th   day of September , 20 13 .
         *(date)*            *(month)*       *(year)*

_____
Signature

260 Madison Avenue
*Address*

New York, New York 10016
*City, State & Zip Code*

DATED: September  18 , 20 13     ( 212 )  448  - 1100
                                  *Telephone Number*

NOTE: To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

Rev. 05/2007